# EXHIBIT A

Sorry to hear that you are out again today. Following up on yesterday's email – can you please provide the contact information for your attorney so that Legal can reach out and we can address the questions in your email below?

Thank you!
Tara

**From:** Tara Fournier
**Sent:** Thursday, October 09, 2014 1:59 PM
**To:** Jennifer Young
**Subject:** RE: Jennifer Young OC Sales
**Importance:** High

Hi Jennifer,

Thanks for reaching out with this email. I've forwarded your email on to our Legal department. Our legal team will reach out to your counsel directly to discuss these matters. Can you please provide the contact information (phone and email address) for Kathleen Wallace so that this conversation can take place?

Thank you,
Tara

**From:** Jennifer Young
**Sent:** Thursday, October 09, 2014 11:09 AM
**To:** Tara Fournier
**Cc:** Kathleen Wallace
**Subject:** Jennifer Young OC Sales

Hi Tara,

I've been meaning to sit with you to discuss a few items.

Can we schedule something tomorrow?

I was in an auto accident which has caused me some painful issues. Sometimes I'm fine other days not so good... Like today. Not a good day.

The last time I was late to work a few times with prior manager approval and a doctors note I was written up with a warning. It was a reflection of call time and tardiness.

Admittedly I find call time challenging but of course if I'm late due to medical issues I should not have been penalized.

Second, instead of taking disability I decided to push on. I want my kids to have a nice Christmas and I need to succeed.

My doctor disagrees. He feels I need more treatment.

My concern is job stability.

I have provided two medical notes so far.

Perhaps there is a more suitable position within Zillow I can be considered for? Sales is often standing which I love to do while pitching a client but again, I'm just not 100% yet.

Let me ask you, is it best I take a month of disability to receive my medical attention or continue as I have, doing the best I can but having to use my sick days?

Kelsey mentioned telling ADP about my late arrival since I've been laid up in bed today. I decided to take a sick day.

I haven't worked in a position where I'm not on a salary and managed so closely in years.

If I arrive some days early for work or stay later which is highly encouraged by management, we don't notify ADP then. ?

I guess I'm unsure of my benefits.

I've never been one to miss work, I'm generally healthy.

But this auto accident really seemed to cause more issues than I was aware of after the collision.

My lawyer is overseeing the medical and would also like any kind of attendance record, including my written warning as we feel this would never of occurred without my injury.

I've cc'd my firm on this email so that we can find the best solution for all of us in all fairness.

Thank you for your help.

Regards,

Jennifer Young

cell

Sent from my iPhone

On Oct 3, 2014, at 1:02 PM, "Tara Fournier" <taraf@zillow.com> wrote:

> ZAll:
>
> The card readers in the North Stairwell on 11 and 12 are not working. Building has advised it will be repaired by Monday. Please DO NOT use this stairwell until you receive notice that the card readers are active.
>
> You may continue to use the South stairwell (closest to the kitchens) to move between floors.
>
> Thanks!
>
> TARA FOURNIER, PHR
> HR Business Partner
> Irvine & San Francisco
> P
> M
> @tfournierphr
>
> <image001.png>Zillow

--
Jennifer L. Young


--
Jennifer L. Young