# EXHIBIT B

Sorry to hear that you are out again today. Following up on yesterday's email – can you please provide the contact information for your attorney so that Legal can reach out and we can address the questions in your email below?

Thank you!
Tara

---

**From:** Tara Fournier
**Sent:** Thursday, October 09, 2014 1:59 PM
**To:** Jennifer Young
**Subject:** RE: Jennifer Young OC Sales
**Importance:** High

Hi Jennifer,

Thanks for reaching out with this email. I've forwarded your email on to our Legal department. Our legal team will reach out to your counsel directly to discuss these matters. Can you please provide the contact information (phone and email address) for Kathleen Wallace so that this conversation can take place?

Thank you,
Tara

---

**From:** Jennifer Young
**Sent:** Thursday, October 09, 2014 11:09 AM
**To:** Tara Fournier
**Cc:** Kathleen Wallace
**Subject:** Jennifer Young OC Sales

Hi Tara,

I've been meaning to sit with you to discuss a few items.

Can we schedule something tomorrow?

I was in an auto accident which has caused me some painful issues.
Sometimes I'm fine other days not so good... Like today. Not a good day.

The last time I was late to work a few times with prior manager approval and a doctors note I was written up with a warning. It was a reflection of call time and tardiness.