# EXHIBIT C

Sent from my iPhone

On Oct 10, 2014, at 2:30 PM, "Tara Fournier" <taraf@zillow.com> wrote:

Hi Jennifer,

I'm sorry to hear that!  Hope you feel better soon.   Wanted to advise you that because it appears that you are represented by counsel and you are requesting files, your request needs to bypass me and go through our Legal department.  Our legal team will be contacting Ms. Wallace today to discuss this matter and the questions that you had in the string below. Once your attorney has spoken with our legal team, we will go forward from there.

Take care and get well!

Thanks!
Tara

**From:** Jennifer Young
**Sent:** Friday, October 10, 2014 12:08 PM
**To:** Tara Fournier
**Subject:** Re: Jennifer Young OC Sales

Hi! Yes, my back is out from a pinched nerve. So frustrating!

The case with my lawyer is with the party who hit me in the auto accident- not zillow.

I was just hoping for a record if you had one for my case?

The Law Group is in Irvine.

Sent from my iPhone

On Oct 10, 2014, at 8:24 AM, "Tara Fournier" <taraf@zillow.com> wrote:

Good morning Jennifer,

Sorry to hear that you are out again today.  Following up on yesterday's email – can you please provide the contact information for your attorney so that Legal can reach out and we can address the questions in your email below?


Thank you!
Tara


---


**From:** Tara Fournier
**Sent:** Thursday, October 09, 2014 1:59 PM
**To:** Jennifer Young
**Subject:** RE: Jennifer Young OC Sales
**Importance:** High


Hi Jennifer,


Thanks for reaching out with this email.  I've forwarded your email on to our Legal department.  Our legal team will reach out to your counsel directly to discuss these matters.  Can you please provide the contact information (phone and email address) for Kathleen Wallace so that this conversation can take place?


Thank you,
Tara


---


**From:** Jennifer Young
**Sent:** Thursday, October 09, 2014 11:09 AM
**To:** Tara Fournier
**Cc:** Kathleen Wallace
**Subject:** Jennifer Young OC Sales


Hi Tara,

I've been meaning to sit with you to discuss a few items.

Can we schedule something tomorrow?


I was in an auto accident which has caused me some painful issues.
Sometimes I'm fine other days not so good... Like today. Not a good day.


The last time I was late to work a few times with prior manager approval and a doctors note I was written up with a warning. It was a reflection of call time and tardiness.