# EXHIBIT E

Sent from my iPhone

On Oct 10, 2014, at 2:30 PM, "Tara Fournier" <taraf@zillow.com> wrote:

> Hi Jennifer,
>
> I'm sorry to hear that!  Hope you feel better soon.   Wanted to advise you that because it appears that you are represented by counsel and you are requesting files, your request needs to bypass me and go through our Legal department.  Our legal team will be contacting Ms. Wallace today to discuss this matter and the questions that you had in the string below. Once your attorney has spoken with our legal team, we will go forward from there.
>
> Take care and get well!
>
> Thanks!
> Tara
>
> **From:** Jennifer Young
> **Sent:** Friday, October 10, 2014 12:08 PM
> **To:** Tara Fournier
> **Subject:** Re: Jennifer Young OC Sales
>
> Hi! Yes, my back is out from a pinched nerve. So frustrating!
>
> The case with my lawyer is with the party who hit me in the auto accident- not zillow.
>
> I was just hoping for a record if you had one for my case?
>
> The Law Group is in Irvine.
>
> Sent from my iPhone
>
> On Oct 10, 2014, at 8:24 AM, "Tara Fournier" <taraf@zillow.com> wrote:
>
>> Good morning Jennifer,