# EXHIBIT F

@tfournierphr

 Zillow

**From:** Tara Fournier
**Sent:** Monday, October 13, 2014 8:11 AM
**To:** Jennifer Young
**Cc:** Zillow Benefits
**Subject:** RE: Jennifer Young OC Sales

Good morning Jennifer,

I wanted to reach out and send you best wishes for a speedy recovery! Kelsey has informed me that you were in the hospital over the weekend. I'm sorry to hear that you aren't well. Wanted to touch base with you regarding medical leave. As you expect to be out 5-10 days and have already missed four days of work last week, you will be eligible for short-term disability (STD). I've attached a summary of those benefits, and am copying ZBenefits to reach out to you and provide you with the information you need to file your STD claim. We will also need you to send (via email or fax) a note from your doctor stating the length of time that you are expected to be out.

We will also need some documentation from your doctor that outlines what accommodations (if any) you will need upon your return to work.

I would like to speak with you regarding any accommodations you may anticipate as well as discuss the issues that you've outlined in your emails, but it can wait until you are out of the hospital and feeling better. I can be reached directly at ▇▇▇▇▇▇ when you are feeling able to talk.

Get well soon!

Best,

Tara

**From:** Jennifer Young
**Sent:** Friday, October 10, 2014 8:11 PM
**To:** Tara Fournier
**Subject:** Re: Jennifer Young OC Sales

Tara!! Hello.

Ok, thank you. Didn't realize something so simple was so formal. Please feel free to talk to my council about the accident and case. Anything you can provide would be helpful.

Thank you!

This has been awful and time moves so slow in bed!

I'm not the laze in bed type. I just feel awful and I can't afford loss or injury.

And, missing works makes it so much harder to make a living.

Also, you have not been clear on the ADP comment Kelsey mentioned. I need to be clear on my compensation.

On another note,

My dear friend Tom Ferry who is close with Greg Schwartz and Spencer encouraged me to make the move to Zillow. Tom and his father Mike are personal friends (both hold 3,000 realtors at their events nationally! I've been attending way before the Zillow partnership). I've been attending their events and doing trade shows for over a decade.

My resume reflects very high end sales and my references are excellent from previous employers.

I've had travel positions where I was very reliable and successful.

My prior boss is an excellent reference for me and that position was 60% travel.

At Houzz, I was successful and stable but I left for the Zillow in-market opportunity. It was indicated I was a top candidate for.

I had several lengthily conversations with Nick prior to even formally interviewing with Jon or the OC office.

Tom Ferry connected me to Nick Taylor and highly recommended me.

I was told I would start in OC, learn the business, train, then be a candidate within 3-4 months because the position would become available then.

I had been preparing for the position by downsizing, hiring a nanny and researching the position regularly.

Tenure was never an issue or mentioned however I was told that was the reason I was not considered.

Further, the in-market position was put on several employment websites open to the public with no Zillow background or tenure.

I just learned that being written up 1 month prior to you interviewing candidates for in-market was an issue which possibly held me back from advancing?

Again, I had permission on those late days which I can show you and talk time should of been the only issue.

Talk time is a new concept to me in my 20 year professional history. I have always been honest about that. In fact, I'd never heard of talk time prior to Zillow.

I'm just reviewing detailed notes from talks with Nick and Tom Ferry and this still makes no sense to me. I was passed over without consideration.

I LOVE Zillow. I believe in it and made big changes to move over.

However, my prior work experience is a bit advanced for telemarketing.

Again, I ask, can we discuss another position more suitable for me?

Online I see Zillow is hiring in many departments.

I will be fine soon. This is temporary. I love Zillow and I respect my co-workers and management.

Of course I've seen some issues but I just keep my head down and not get involved.

Can we please discuss a better opportunity for me?

I hoped to meet with you today to discuss these items in person but I just couldn't do it.

I'm bed bound.

Hope you have a fantastic weekend.

Im concerned about voicing my opinion. I hope you can respect that I just need an appropriate position for my skill set with a stable income.

Thank you for all you do!

Best,

Jennifer Young