# EXHIBIT G

●●●●○ Verizon LTE     2:59 PM          96%

❮ Back (54)  **Kelsey Zillow**          Contact

Sat, Oct 11, 8:21 PM

> Hi!
> I'm checking in Mission Hospital in Laguna Beach.
> I'm going to probably be out awhile.
> Could be 5 days or 10.
> Lots of tests.
> I just wanted to notify you.

Mon, Oct 13, 2:29 PM

> Who should the contact about my medical care.
> I'm in a hospital.
> Need a fax number please?

iMessage                              Send

●●●●○ Verizon   LTE          2:59 PM                    96%

‹ Back (54)   **Kelsey Zillow**              Contact

> Who should the contact about my medical care. I'm in a hospital. Need a fax number please?

206 415 1827

Call tara cell she can give you where to send everything

I am not sure

Thu, Oct 16, 2:59 PM

> Hi, just emailed you. I have had few minutes of phone and zero internet. I've been in hospital. A letter/fax to Seattle was sent on Tuesday.

iMessage                                        Send