# EXHIBIT H

@tfournierphr



**From:** Tara Fournier
**Sent:** Monday, October 13, 2014 8:11 AM
**To:** Jennifer Young
**Cc:** Zillow Benefits
**Subject:** RE: Jennifer Young OC Sales

Good morning Jennifer,

I wanted to reach out and send you best wishes for a speedy recovery! Kelsey has informed me that you were in the hospital over the weekend. I'm sorry to hear that you aren't well. Wanted to touch base with you regarding medical leave. As you expect to be out 5-10 days and have already missed four days of work last week, you will be eligible for short-term disability (STD). I've attached a summary of those benefits, and am copying ZBenefits to reach out to you and provide you with the information you need to file your STD claim. We will also need you to send (via email or fax) a note from your doctor stating the length of time that you are expected to be out.

We will also need some documentation from your doctor that outlines what accommodations (if any) you will need upon your return to work.

I would like to speak with you regarding any accommodations you may anticipate as well as discuss the issues that you've outlined in your emails, but it can wait until you are out of the hospital and feeling better. I can be reached directly at ▇▇▇▇▇▇▇ when you are feeling able to talk.

Get well soon!

Best,

Tara


**From:** Jennifer Young
**Sent:** Friday, October 10, 2014 8:11 PM
**To:** Tara Fournier
**Subject:** Re: Jennifer Young OC Sales