# EXHIBIT I

Date: 10/16/2014 4:28 PM (GMT-08:00)
To: Tara Fournier
Subject: Re: RESPONSE REQUIRED: Zillow Attendance/Benefits

Hi,
That is not and has never been my number.
I'm ███

On Thursday, October 16, 2014, Tara Fournier <taraf@zillow.com> wrote:

> Hi Jennifer,
>
> I have tried calling you several times and also emailed you on Monday to discuss your absence from work. I tried calling ███ – is this still your phone number?
> We are in need of paperwork from you for two things:
>
> 1. Note from doctor verifying your absence from work due to a medical condition, illness or injury. This note should include the dates that you have been or will be absent, and include a return to work date. As of now, we have no documentation of your absence on file other than the text message that you sent to Kelsey Didier indicating that you were in the hospital. We need you to complete this and either email me or fax the doctor's note to ZBenefits at: 206-212-8015.
>
> 2. If you wish to make a claim for Short Term Disability, you would need to file that claim with UNUM as well as with the state of California. It is a two-step process. This claim is a request for wage replacement only; completing this paperwork does not excuse your absences from work. I have copied Brie Minero, our Benefits Manager, as she would be your primary point of contact here at Zillow with regards to exercising this employee benefit. Information regarding the Short Term Disability is attached.
>
> I am working from the Seattle office this week and can best be reached via email or cell at ███
> Please make contact with me no later than tomorrow afternoon and provide an update with your status and anticipated return to work date.
>
> Once we establish that date, you and I will be able to have a discussion regarding the other issues that you raised, including any potential accommodations that you would request so that we may review and engage in the interactive process with you.
>
> Hope you are on the mend. Please reach out as soon as possible.
>
> Thank you!
> Tara
>
> TARA FOURNIER, PHR
> HR Business Partner
> Irvine & San Francisco
> P ███
> M ███