# EXHIBIT K

# Fwd: RESPONSE REQUIRED: Zillow Attendance/Benefits

2 messages

**Jennifer Young** <4jenniferyoung@gmail.com>
To:

---------- Forwarded message ----------
From: **Jennifer Young** <4jenniferyoung@gmail.com>
Date: Thursday, October 16, 2014
Subject: RESPONSE REQUIRED: Zillow Attendance/Benefits
To: Tara Fournier <taraf@zillow.com>


Hi Tara,
I was planning to return to work Monday although I believe even my attorney told HR that I should take time to become well.
It is against my doctor's recommendation That I return Monday as I should take disability.
I'd like to explore that option because I truly need to become healthy.

To be clear, I missed just Thursday and Friday last week and notified Kelsey. I was not a no show/no call.
Saturday, I notified Kelsey I was going into the hospital and while there I did not have access to my phone or email except for a few minutes.
I was not able to print documents or communicate as indicated by the Hospital director.

The Mission Hospital in Laguna Beach sent a fax to Zillow HR stating I was receiving medical treatment on Monday as I just confirmed with Tim.

It has been obvious Zillow's intention to terminate me.
Today, one of my new clients said a Zillow rep called to introduce themselves as their "new rep".
(I've been out just 6 working days consistently)
Furthermore, Kelsey has stopped all communication with me.

Please elaborate. I am free tomorrow to discuss.

Thank you,
Jennifer Young



On Thursday, October 16, 2014, Tara Fournier <taraf@zillow.com> wrote:
> Thank you for clarifying. I have also left a message to the 949 number below. We need to speak regarding your medical leave and intended return to work date. When are you available to have that conversation?
>
> Thank you,
> Tara
>
> Sent from my Verizon Wireless 4G LTE smartphone
>
>
> -------- Original message --------
> From: Jennifer Young <4jenniferyoung@gmail.com>