# EXHIBIT M

## Fwd: Following Up
1 message

**Jennifer Young** <4jenniferyoung@gmail.com>
To:

---------- Forwarded message ----------
From: **Jennifer Zumek** <jenz@zillow.com>
Date: Fri, Oct 17, 2014 at 10:00 AM
Subject: Following Up
To: "4jenniferyoung@gmail.com" <4jenniferyoung@gmail.com>
Cc: Tara Fournier <taraf@zillow.com>, Brie Minero <briem@zillow.com>

Hi Jennifer,

I wanted to introduce myself and let you know that Tara is out of the office today attending a training session so I wanted to follow up with you on her behalf to be sure you had a response back to your note prior to the weekend.

I want to be sure you know that our #1 priority is that you are healthy. There is no plan for us to terminate your employment, rather we want to partner with you to ensure that you are healthy prior to returning to work.

Given that you have been in the hospital we'll want to partner closely with you and your physician to ensure that when you are ready to return that we have awareness of any accommodations you may have so please be sure to reach out to our Benefits Manager, Brie Minero, copied here, to speak confidentially with her about your health. Brie is able to provide you with detailed information about our health benefits as well as our leave and disability benefits so that you are able to understand what your options are and take advantage of those that are most appropriate for you.

If there is anything else we can do to support you Jennifer, please do not hesitate to reach out. We are thinking of you and wish you well.

Warm Regards,

Jennifer

JENNIFER ZUMEK
HR Director
P
M

jenz@zillow.com

 Zillow

------ Original message ------

From: Jennifer Young <4jenniferyoung@gmail.com>

Date: 10/16/2014 8:58 PM (GMT-08:00)

To: Tara Fournier

Subject: Re: RESPONSE REQUIRED: Zillow Attendance/Benefits

Hi Tara,

I was planning to return to work Monday although I believe even my attorney told HR that I should take time to become well.

It is against my doctor's recommendation That I return Monday as I should take disability.

I'd like to explore that option because I truly need to become healthy.

To be clear, I missed just Thursday and Friday last week and notified Kelsey. I was not a no show/no call.

Saturday, I notified Kelsey I was going into the hospital and while there I did not have access to my phone or email except for a few minutes.

I was not able to print documents or communicate as indicated by the Hospital director.

The Mission Hospital in Laguna Beach sent a fax to Zillow HR stating I was receiving medical treatment on Monday as I just confirmed with Tim.

It has been obvious Zillow's intention to terminate me.

Today, one of my new clients said a Zillow rep called to introduce themselves as their "new rep".

(I've been out just 6 working days consistently)

Furthermore, Kelsey has stopped all communication with me.

Please elaborate. I am free tomorrow to discuss.

Thank you,

Jennifer Young

On Thursday, October 16, 2014, Tara Fournier <taraf@zillow.com> wrote:

Thank you for clarifying. I have also left a message to the 949 number below. We need to speak regarding your medical leave and intended return to work date. When are you available to have that conversation?

Thank you,

Tara

--
**Jennifer L. Young**