# EXHIBIT N

## Fwd: Urgent Request for Information <Deadline Monday, 10/27 @ 9:00 am>
1 message

**Jennifer Young** <4jenniferyoung@gmail.com>
To:

---------- Forwarded message ----------
From: **Jennifer Zumek** <jenz@zillow.com>
Date: Fri, Oct 24, 2014 at 10:20 AM
Subject: Urgent Request for Information <Deadline Monday, 10/27 @ 9:00 am>
To: Jennifer Young <4jenniferyoung@gmail.com>, Jennifer Young <jennifery@zillow.com>
Cc: Brie Minero <briem@zillow.com>, Jennifer Zumek <jenz@zillow.com>

Jennifer,

After many attempts by our team to reach you and your physician by phone we have been unable to contact either of you to verify your medical leave status. Specifically, we cannot identify Dr. Tim Jalowiec at Mission Hospital in Laguna Beach, CA or any other location in CA. I kindly request that you please email me a copy of your doctor's note releasing you from work for the period of time 10/9 through today 10/24. While we understand you were hospitalized and seeking treatment for medical services, you have a responsibility to provide Zillow, your employer, with written documentation to verify your medical absence so that we can better support you. Failure to provide this documentation is serious and it is important for you to provide this to us via fax at 206-212-8015 (Confidential HR Only) or email scan to me **no later than Monday, 10/27 at 9:00 am. Failure to provide this documentation will result in us making the determination that you have abandoned your job and your employment will be terminated effective immediately.**

I appreciate you making this a priority. Please do not hesitate to contact me by phone at ▇▇▇.

Thank you,

Jennifer


JENNIFER ZUMEK
HR Director
P ▇
M ▇
jenz@zillow.com