# EXHIBIT O

Jennifer

**From:** Jennifer Young
**Sent:** Saturday, October 25, 2014 12:49 PM
**To:** Jennifer Zumek
**Subject:** Re: Urgent Request for Information <Deadline Monday, 10/27 @ 9:00 am>

Jennifer,

I've left word with both my doctor and Tim at Mission Hospital.

I hope they can meet your deadline.

Tim does have a fax confirmation sending a medical letter on Hospital letterhead to Zillow HQ while I was in the hospital.

My phone is working fine. I have no missed calls or voice mails from Zillow and Tim said he has not been contacted.

I've mentally prepared for the worst as many co-workers have already reached out to me.

Maybe I'm not a good fit for Zillow?

I've been a proven professional with a very successful track record and I really feel a very cold and impersonal shoulder from Zillow.

It seems as if you are out of production or ill for two weeks, you are quickly replaced without any further consideration.

Furthermore, this high turnover within the sales team is very unsettling to our agents who feel they can't depend on the same contacts. Thus, causing high cancellations.

I would think that the money invested to hire from recruiters, train and place new hires is more costly than trying to support the team in place, no?

I'm not an HR specialist but financially that can't be cost effective or good for the Zillow brand in my humble opinion.

If the hospital doesn't comply because it's a weekend and can't meet your deadline then I will

assume I'm terminated.

In that case these send me my termination letter dated October 27th and send me my things.

Respectfully,

Jennifer Young

Sent from my iPhone

On Oct 24, 2014, at 6:03 PM, "Jennifer Zumek" <jenz@zillow.com> wrote:

> Thank you for your response Jennifer. Unfortunately when we try your phone number we are unable to leave a message as there is a technical error message. The number for Tim is also not allowing us access.
>
> We need a physician's note excusing your absence from work and providing us with clarity on your current status.
>
> I appreciate you providing this by Monday morning.
>
> Jennifer
>
> Sent from my iPhone
>
> On Oct 24, 2014, at 5:40 PM, "Jennifer Young" <jennifery@zillow.com> wrote:
>
>> I have not received any phone calls and I do also have a personal email.
>>
>> Of course I will provide documentation right away.
>>
>> I just spoke with Tim who is not a doctor but in the intake for Mission Hospital. He has not heard from anyone from Zillow.
>>
>> Best,
>>
>> Jennifer Young
>>
>> Sent from my iPhone
>>
>> On Oct 24, 2014, at 10:20 AM, "Jennifer Zumek" <jenz@zillow.com> wrote:
>>
>>> Jennifer,