# EXHIBIT P



1301 Second Avenue
Floor 31
Seattle, WA 98101
Phone (206) 470-7000
Fax (206) 212-8015

October 27, 2014

Jennifer Young
56 Brindisi
Irvine, CA 92618

Subject: Termination of Employment due to Job Abandonment

Jennifer:

This letter is to inform you of the decision to terminate your employment with Zillow effective today, October 27, 2014 due to job abandonment.

This decision was made after repeatedly requesting, including my email to you on Friday, October 24th, that you provide a doctor's note to justify your absences from the workplace during the period October 9 through October 24. Because we have not received the doctor's note today by the 9:00 am deadline, we have made the decision to terminate your employment.

Due to the timing of your absence from work, your final pay was made on October 15th. Your benefits will end the last day of the month. Enclosed is information on how to continue your health benefits with HealthSmart Benefit Solutions. You should also anticipate additional information being mailed to your home within the next fifteen days.

Please don't hesitate to contact me if I can answer any questions. My office number is 206-470-7178 or you may also contact our Benefits Manager, Brie Minero, at briem@zillow.com or by phone at 206-470-7057.

Regards,


Jennifer Zumek
HR Director

Enclosure